IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IRMA LUZ HERNANDEZ** : | |
| : | |
| **Plaintiff** : | |
| : | **CIVIL ACTION** |
| v. : | |
| : | **12-4349** |
| **CAROLYN W. COLVIN,** : | |
| ACTING COMMISSIONER OF SOCIAL : | |
| SECURITY : | |
| : | |
| **Defendant** : | |

## ORDER

**AND NOW**, this 20th day of October 2014, upon consideration of Judge Rueter's report and recommendation (doc. no. 15), the Commissioner's objections (doc. no. 16), and plaintiff's response thereto (doc. no. 17), **IT IS HEREBY ORDERED:**

1. The Commissioner's objections are **OVERRULED;**

2. The report and recommendation is **APPROVED** and **ADOPTED**;

3. The Clerk is directed to mark this case **CLOSED**.

BY THE COURT

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.